| AO-10<br>Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Donald, Bernice B | 2. Court or Organization<br><br>Western Tennessee | 3. Date of Report<br><br>05/14/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.District Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination.　Date<br><br>○ Initial　◉ Annual　○ FInal | 6. Reporting Period<br><br>01/01/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>United States District Court<br><br>167 N. Main Street, #951<br><br>Memphis, Tennessee 38103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____　Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | University of Memphis Foundation |
| 2. Member, Advisory Committee - Women's Rights Prize | GRUBER FOUNDATION |
| 3. Committee Member | American Bar Association - Governance Committee |
| 4. Board Member | American Bar Foundation |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☒ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | NONE |

NONE

RECEIVED 2004 MAY 19 P 12: 46 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 06/2003 | Gruber Foundation | $1,000.00 |
| 2. | 12/2003 | Gruber Foundation | $1,000.00 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS-- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | AMERICAN BAR ASSOCIATION Feb. 7-9, 2 3 San Antonio, TX | Mid-year Meeting (lodging $200.00) |
| 2. | People to People International | Feb 23 - March 6 Johannesburg & Capetown, South Africa. Judicial Law Delegation. (Transportation, Meals, & Lodging) |
| 3. | Federal Judges Association | May 3 - 5 Washington, D. C. Board of Governors Meeting . (Transportation, food, and lodging) |
| 4. | Gruber Foundation | June 10-11 New York, N. Y. Women's Rights Prize Committee Meeting (Transportation, food, and lodging.) |
| 5. | American Bar Association | June 27 - July 6 Hararre, Zimbabwe Trial Observer project (Transportation, food and lodging) |
| 6. | AMERICAN BAR ASSOCIATION Aug 7- 11, 2003 | Apeaker -Assoc. Annual meeting San Francisco, CA (Transportation, lodging, and food) |

## IV. REIMBURSEMENTS-- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 7. University of Memphis Foundation | August 23-24  Board Retreat/Meeting (Lodging and food) |
| 8. National Judicial College. | October 29-30  Reno, NV   Judicial Education Bias Free Courtroom Course  (Transportation, Food, and lodging) |
| 9. American Bar Association | Nov. 10 -11 Chicago, Ill.,  Governance Committee meeting (Transportation, fFood & lodging) |
| 10. Gruber Foundation | Dec. 10, New York, N. Y.  Women's Rights Prize Presentation & Meeting (Transportation, food, and lodging) |
| 11. FREE Foundation | September 9 -14 Toxic Torts Seminar,  Big Sky, MT |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. NONE | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. NONE | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B | 05/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  Rental property #1  Memphis, Tennessee | B | Rent | J | W | | | | | |
| 2.  Rental Property #2  Memphis, Tennessee | B | Rent | J | W | | | | | |
| 3.  Duracell/Gillette Stock | D | Dividend | J | U | | | | | |
| 4.  RJR Nabisco Stock | A | Dividend | J | T | | | | | |
| 5.  VTN stock | A | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Donald, Bernice B | Date of Report<br><br>05/14/2004 |
|---|---|---|

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat _____            Date *5-14-2004*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544